IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REBEKAH HOUCK, BRANDI JAKUBEC and ABIGAYLE BLIZZARD, a minor by her parent and natural guardian, BRANDI JAKUBEC, | : : : : : : | CIVIL ACTION NO. |
| Plaintiffs | : : | |
| vs. | : : | |
| Fawn Shoppe, LLC and KRISTIN SWATI, | : : | |
| Defendants | : | JURY TRIAL DEMANDED |

APPLICATION TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE 83.5.2(b)

I. **APPLICANT'S STATEMENT**

I, Aaron B. Maduff, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

(States where admitted)        (Admission date)        (Attorney Identification Number)

See attached Rider

B. I state that I am currently admitted to practice in the following federal jurisdictions: See attached rider.

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Plaintiffs.

Dated: 1/6/2017

*Aaron Maduff*
Aaron B. Maduff, IL Atty. No. 6226932
Maduff & Maduff, LLC
205 N. Michigan, Ave., Suite 2050
Chicago, Illinois 60601
312/276-9000

Sworn and subscribed before me this

6TH day of January, 2017.

*Chichi Saunders*
Notary Public

OFFICIAL SEAL
CHICHI SAUNDERS
Notary Public - State of Illinois
My Commission Expires Oct 9, 2017

Aaron Benjamin Maduff

Eastern District of Pennsylvania Pro Hac Vice Motion

Court Admissions

| Jurisdiction | Status | Date of Admission | Bar Number |
|---|---|---|---|
| Colorado | Active | April 13, 1996 | 26730 |
| District of Columbia | Active | October 7, 1996 | 451617 |
| Illinois | Active | May 2, 1995 | 6226932 |
| Minnesota (Inactive) | Inactive | March 21, 1996 | 263266 |
| Ohio | Active | April 11, 2006 | 80130 |
| United States Supreme Court | Active | April 16, 2001 | 237598 |
| United States Court of Appeals for the Armed Forces | Active | June 8, 2016 | 36753 |
| United States Court of Appeals — 1st Circuit | Active | August 12, 2004 | 83307 |
| United States Court of Appeals — 2nd Circuit | Active | August 19, 2016 | N/A |
| United States Court of Appeals — 3rd Circuit | Active | July 22, 2009 | IL 6226932 |
| United States Court of Appeals — 4th Circuit | Active | September 7, 2016 | N/A |
| United States Court of Appeals — 5th Circuit | Active | October 24, 2012 | N/A |
| United States Court of Appeals — 6th Circuit | Active | October 28, 2005 | Date of Ad. |
| United States Court of Appeals — 7th Circuit | Active | May 19, 1995 | Date of Ad. |
| United States Court of Appeals — 8th Circuit | Active | October 25, 1996 | N/A |
| United States Court of Appeals — 9th Circuit | Active | August 19, 2016 | N/A |
| United States Court of Appeals — 10th Circuit | Active | October 3, 1996 | N/A |
| United States Court of Appeals — 11th Circuit | Active | August 23, 2016 | N/A |
| United States Court of Appeals – District of Columbia Circuit | Active | August 15, 2016 | N/A |
| United States Court of Appeals — Federal Circuit | Active | July 21, 1998 | N/A |
| United States Army Court of Criminal Appeals | Active | July 18, 2016 | 5986 |
| United States District Court — District of Colorado | Active | August 9, 2004 | N/A |
| United States District Court — Illinois, Northern District | Active | May 2, 1995 | IL 6226932 |
| United States District Court — Illinois, Central District | Active | January 8, 1996 | N/A |
| United States District Court — Illinois, Southern District (Inactive) | Inactive | November 29, 2011 | N/A |
| United States District Court — Indiana, Northern District | Active | March 23, 2005 | IL 6226932 |
| United States District Court — Indiana, Southern District | Active | December 27, 2011 | IL 6226932 |
| United States District Court — Michigan, Eastern District | Active | February 13, 2014 | IL 6226932 |
| United States District Court — Michigan, Western District | Active | May 22, 2006 | IL 6226932 |
| United States District Court — Missouri, Eastern District | Active | August 20, 2010 | 5273671 |
| United States District Court — Ohio, Northern District | Active | May 11, 2006 | OH 80130 |
| United States District Court — Ohio, Southern District | Active | October 16, 2007 | OH 80130 |
| United States District Court — Pennsylvania, Western | Active | March 3, 2006 | IL 6226932 |

| District | | | |
|---|---|---|---|
| United States District Court — Texas, Western District | Active | March 11, 2010 | IL 6226932 |
| United States District Court — Wisconsin, Eastern District | Active | October 5, 1998 | N/A |
| United States District Court — Wisconsin, Western District | Active | January 9, 2014 | N/A |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REBEKAH HOUCK, BRANDI JAKUBEC and ABIGAYLE BLIZZARD, a minor by her parent and natural guardian, BRANDI JAKUBEC,** | : : : : : : | **CIVIL ACTION NO.** |
| **Plaintiffs** | : : | |
| vs. | : : | |
| **Fawn Shoppe, LLC and KRISTIN SWATI,** | : : | |
| **Defendants** | : | **JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this ___ day of _____, 2015, it is hereby ORDERED that the application of Aaron B. Maduff to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.

 

_____

J.